FORM 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 3

| | |
|---|---|
| **AD HOC SHRIMP ACTION COMMITTEE,**<br><br>        **Plaintiff,**<br><br>  **v.**<br><br>**UNITED STATES,**<br><br>        **Defendant.** | **SUMMONS**<br><br>**Court No. 26-01533** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1. Plaintiff is the Ad Hoc Shrimp Trade Action Committee. The Ad Hoc Shrimp Trade Action Committee is an association, a majority of whose members manufacture, produce, or wholesale a domestic like product in the United States. Consequently, Plaintiff is an interested party as defined in 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(F). The Ad Hoc Shrimp Trade Action Committee also actively participated in the contested antidumping duty administrative review through the submission of comments, factual information, and written arguments. As a party to the administrative proceeding which resulted in the contested determination, Plaintiff has standing to commence this action pursuant to 19 U.S.C. §§ 1516a(a)(2)(B)(iii), 1516a(d) and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in the administrative review of the antidumping duty order of *Certain Frozen Warmwater Shrimp From India* (A-533-840) published in the *Federal Register* as *Certain Frozen Warmwater Shrimp From India: Final Results of Antidumping Duty Administrative Review; 2023-2024*, 91 Fed. Reg. 5,717 (Dep't Commerce Feb. 9, 2026).
(Brief description of the contested determination)

3. The *Final Results of Antidumping Duty Administrative Review, 2023-2024* covering frozen warmwater shrimp from India was made by the U.S. Department of Commerce on January 28, 2026, and published in the *Federal Register* on February 9, 2026.
(Date of determination)

FORM 3-2

4. <u>February 9, 2026 (Dep't Commerce 91 Fed. Reg. 5,717)</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

<u>/s/ Nathaniel Maandig Rickard</u>
Signature of Plaintiff's Attorney

<u>March 6, 2026</u>
Date

Name, Firm, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

> Nathaniel Maandig Rickard
> Zachary J. Walker
> Caitlyn Quinn
> **PICARD KENTZ & ROWE LLP**
> 1155 Connecticut Avenue, NW
> Suite 700
> Washington, DC 20036
> (202) 331-5040
> nrickard@pkrllp.com

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

<u>On behalf of the United States</u>
Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

<u>On behalf of the U.S. Department of Commerce</u>
General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, NW
Washington, DC 20230

Office of the Chief Counsel
for Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)