**UNITED STATES COURT OF INTERNATIONAL TRADE**
**Before: The Honorable Jane A. Restani, Judge**

|  |  |
|---|---|
| **AD HOC SHRIMP TRADE ACTION COMMITTEE,** |  |
| **Plaintiff,** | **Court No. 26-01533** |
| **v.** |  |
| **UNITED STATES,** |  |
| **Defendant.** |  |

**STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Dated: July 9, 2026

*/s/ Zachary J. Walker*
Signature of Plaintiff's Attorney

Zachary J. Walker
Attorney for Plaintiff

PICARD KENTZ & ROWE LLP
Firm

1155 Connecticut Avenue NW – Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

202-888-0595
Telephone Number

zwalker@pkrllp.com
E-mail Address


BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Brendan D. Jordan
BRENDAN JORDAN
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0342
Email: Brendan.D.Jordan@usdoj.gov

Order of Dismissal

This action, having been voluntarily stipulated for dismissal by all parties having appeared, is dismissed.

Dated: _____

Clerk, U.S. Court of International Trade

By: _____
Deputy Clerk